# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

FRANKIE CORNELL ELLIS., Petitioner,

*Plaintiff(s)*
v.
WARDEN, USP HAZELTON, Respondent.

*Defendant(s)*

Civil Action No. 5:19-CV-1

FILED
SEP - 3 2019
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award     ☐ Judgment costs     ☒ Other

other: the Magistrate Judge's Report and Recommendation is AFFIRMED and ADOPTED in its entirety; the Petition under 28 U.S.C § 2241 is DENIED; Petitioner's Objections are OVERRULED; and this Civil Action is DISMISSED WITHOUT PREJUDICE and STRICKEN from the active docket of this Court.

This action was:

☐ tried by jury     ☐ tried by judge     ☒ decided by judge

decided by Judge Frederick P. Stamp, Jr.

Date: September 3, 2019

*CLERK OF COURT*
Cheryl Dean Riley

_____
*Signature of Clerk or Deputy Clerk*